UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERITAGE NUMISMATIC AUCTIONS, INC.,

                Petitioner,

        -v.-

DR. MARK MEHLER,

                Respondent.

26 Civ. 5268 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 23, 2026, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **July 31, 2026**. Respondent's opposition, if any, is due on **August 28, 2026**. Petitioners' reply, if any, is due **September 11, 2026.**

      SO ORDERED.

Dated:  June 30, 2026
          New York, New York

                                     KATHERINE POLK FAILLA
                                     United States District Judge